K. TOM KOHAN, ESQ. (SBN 225420)
KOHAN LAW FIRM
445 S. FIGUEROA STREET
27TH FLOOR
LOS ANGELES, CA 90071
TEL: 310-349-1111  FAX: 213-612-7715

SCAN ONLY
JS-U

FILED
CLERK, U.S DISTRICT COURT
OCT 30 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LODGED  2006 OCT 25  PM 2:01  CLERK U.S. DISTRICT COURT  LOS ANGELES

| | |
|---|---|
| CARRIBEAN BLUES, INC. | CASE NUMBER |
| Plaintiff(s), | CV 06-6170 RGK (FMOx) |
| v. | |
| ROSS STORES, INC. ET AL. | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: (Check one)

[X] This action is dismissed by the Plaintiff(s) in its entirety.

[ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

[ ] The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] ONLY Defendant(s) ~~ROSS STORES, INC., ET AL.~~ _____

is/are dismissed from (check one) [ ] Complaint, [ ] Counterclaim, [ ] Cross-claim, [ ] Third-Party Claim brought by _____

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

SO ORDERED
/s/ Klausner
OCT 3 0 2006

OCTOBER 24, 2006
Date

_____
Signature of Attorney/Party
K. TOM KOHAN, ESQ.

DOCKETED ON CM
OCT 31 2006
BY ___ 005

5

*NOTE: F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c):* Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

## PROOF OF SERVICE

I, Elanit Shamoeil, declare as follows:

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 445 South Figueroa Street, 27th Floor, Los Angeles, California, 90071.

On October 25, 2006, I served the within **NOTICE OF DISMISSAL** on the interested parties in the within action, as follows:

SEE ATTACHED SERVICE LIST

☒ **BY MAIL**: By placing a true copy thereof enclosed in a sealed envelop addressed as above, with postage thereon fully prepaid, mailed first-class in the United States mail, at Los Angeles, California. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited in the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit. C.C.P. 1013(a)

❑ **BY OVERNIGHT COURIER**: I placed the above-referenced documents in an envelope for collection and delivery on this date in accordance with standard overnight delivery procedures.

☒ **BY FAX**: I transmitted a copy of the foregoing document(s) on this date via facsimile to the fax numbers shown herein. The facsimile machine I used was in compliance with Rule 2003(3) and the transmission was reported as complete and without error. A copy of the transmission report was properly issued by the transmitting facsimile machine.

❑ **BY PERSONAL SERVICE**: I delivered such envelope by hand to the offices of the addressee(s)

❑ **STATE**: I declare under penalty of perjury under the laws of the State of California that the foregoing it true and correct.

❑ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

Executed on October 25, 2006, at Los Angeles, California.

Elanit Shamoeil

## SERVICE LIST

| | |
|---|---|
| Garner K. Weng, Esq.<br>Hanson Bridgett Marcus Vlahos Rudy, LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>415-541-9366 | Attorney(s) for<br>Defendant ROSS STORES, INC. |
| JAMIE GORMAN<br>1407 Broadway<br>Suite 1410<br>New York, NY 10018<br>212-944-6462 | Defendant |
| ONLY NINE<br>1407 Broadway<br>Suite 1410<br>New York, NY 10018<br>212-944-6462 | Defendant |
| C-QUEST, INC.<br>1439 S. Herbert Ave.<br>City of Commerce, CA 90023<br>323-980-1401 | Defendant |